ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NIKE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: CV 402-182 |
| v. ) | |
| ) | |
| VARIETY WHOLESALERS, INC., d/b/a ) | |
| ROSE'S STORES, INC., ) | |
| ) | |
| Defendants. ) | |

### AMENDED PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT'S MOTION TO STAY JUDGMENT PENDING APPEAL

COMES NOW Nike, Inc., plaintiff herein, and submits this amended Plaintiff's memorandum of law in response to Defendant's motion to stay judgment pending appeal to include the new proposed order herein. In support of this amended Plaintiff's memorandum of law in response to Defendant's motion to stay judgment pending appeal, Nike, Inc. shows the Court the following:

1) the proposed order filed with the memorandum on October 9, 2003 contained certain errors. Therefore, Nike, Inc. submits the attached proposed order in lieu thereof.

155

This __10__ day of October, 2003.

                                      OLIVER MANER & GRAY, LLP

                                      */s/ Paul H. Threlkeld*
                                      Paul H. Threlkeld
                                      Georgia Bar No. 710731
                                      Patrick T. O'Connor
                                      State Bar No. 548425

218 State Street, West
P.O. Box 10188
Savannah, GA 31412
(912) 236-3311                           GURSKY & PARTNERS, LLP

                                      Ira S. Sacks
                                      Michael D. Pantalony (admitted *pro hac vice*)
                                      Neil S. Goldstein (admitted *pro hac vice*)

1350 Broadway, 11th Floor
New York, NY 10018
(212) 904-1234                           Attorneys for Plaintiff Nike, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NIKE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VARIETY WHOLESALERS, INC. d/b/a )<br>ROSE'S STORES, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. CV402-182 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of Amended Plaintiff's Memorandum of Law in Response to Defendant's Motion to Stay Judgment Pending Appeal upon parties of record, by U. S. Mail with adequate postage affixed thereto as follows:

Glen M. Darbyshire, Esquire
Inglesby Falligant Horne Courington
   Chisholm, P.C.
Post Office Box 1368
Savannah, GA 31402-1368

W. Thad Adams, III, Esquire
Adams, Schwartz & Evans, P.A.
2180 Two Wachovia Center
Charlotte, NC  28282

This  10  day of October, 2003.

OLIVER MANER & GRAY LLP

*/s/ Patrick T. O'Connor*
Patrick T. O'Connor
Ga. State Bar No. 548425
Paul H. Threlkeld
Ga. State bar No. 710731
Attorneys for Plaintiff

Post Office Box 10186
Savannah, GA 31412
(912) 236-3311