# ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2004 JAN 30 PM 2: 10
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NIKE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VARIETY WHOLESALERS, INC., INC., )<br>d/b/a ROSE'S STORES, INC. )<br>)<br>Defendant. ) | Case No. CV 402-182 |

## ORDER

Before the Court is plaintiff Nike, Inc.'s application for its counsel Ira S. Sacks of New York, New York to appear pro hac vice in this action (Docs. 157, 161). All requirements having been met, defendant's motion for admission pro hac vice is GRANTED. Ira S. Sacks is permitted to appear as counsel of record in this case for all purposes on behalf of plaintiff Nike, Inc.

So ORDERED.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Date: January 30, 2004

162

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    4:02-cv-00182
Date Served:    January 30, 2004
Served By:      Lamar N. EcholsLamar N. Echols

Attorneys Served:

Patrick T. O'Connor, Esq.
Paul Hughes Threlkeld, Esq.
Louis S. Ederer, Esq.
Michael D. Pantalony, Esq.
Neil S. Goldstein, Esq.
Ira S. Sacks, Esq.
Glen M. Darbyshire, Esq.
Roy Robinson Kelly IV, Esq.

\_\_\_\_ Copy placed in Minutes

\_\_✓\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate