FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2004 FEB -6 AM 8: 22

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NIKE, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: CV 402-182 |
| ) | |
| v. ) | |
| ) | |
| VARIETY WHOLESALERS, INC., d/b/a ) | |
| ROSE'S STORES, INC. ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

Before this Court is the parties' joint motion to clarify and amend the Court's January 30, 2004 Order concerning defendant Variety Wholesalers, Inc. d/b/a/ Rose's Stores, Inc.'s motion to stay judgment pending appeal (the "Order").

IT IS HEREBY ORDERED that the Order is now clarified and amended with the following paragraphs to be substituted for the first two numbered paragraphs on Page 4 of the Order as follows:

1. Wachovia Corporation hereby establishes this Irrevocable Letter of Credit in favor of Nike, Inc. for drawings up to the aggregate amount of $1,903,283.23 ("Credit") in the civil action entitled <u>Nike, Inc. v. Variety Wholesalers Inc. d/b/a/ Rose's Stores, Inc.</u>, Civil Action No. CV 402-182 (S.D. Ga.), effective immediately.

2. This Irrevocable Letter of Credit is issued, presentable and payable at our office at [address of bank] and shall be deemed automatically extended without written amendment for one year from the present or any future expiry date unless at least sixty (60) days prior to such expiration date, we send the beneficiary written notice that we elect not to extend this letter of credit beyond the initial expiry date or any extended date thereof. It shall be the obligation of Variety Wholesalers, Inc. ("Variety"), at least forty-five (45) days prior to the expiry date of the Credit, to deliver to Nike, Inc. ("Nike") a renewal or extension of said Credit or a substitute Credit (each fully complying with the original terms). If for any reason

1(

Nike has not received such renewal or extension or substitute Credit within forty-five (45) days prior to the expiration date of the then existing Credit, then and in such event, Nike shall be free to draw on the Credit and use and apply the proceeds thereof.

IT IS FURTHER ORDERED that the Order remains in effect and unchanged in all other respects.

SO ORDERED:

Dated: 2/5/04

United States District Judge

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   4:02-cv-00182
Date Served:   February 6, 2004
Served By:     Lamar N. EcholsLamar N. Echols

Attorneys Served:

    Patrick T. O'Connor, Esq.
    Paul Hughes Threlkeld, Esq.
    Louis S. Ederer, Esq.
    Michael D. Pantalony, Esq.
    Neil S. Goldstein, Esq.
    Ira S. Sacks, Esq.
    Glen M. Darbyshire, Esq.
    Roy Robinson Kelly IV, Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate