**ORIGINAL**

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Nike, Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV402-182

Variety Wholesalers, Inc. d/b/a Rose's Stores, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 30, 2004, Judgment is entered granting Nike's motion for Attorney's fees and costs in the amount of $276,345.80 which shall be taxed against defendant Variety.

Approved by: _[signature]_

February 23, 2004
*Date*

E.O.D.

2/23/04
DATE

Scott L. Poff
*Clerk*

_[signature]_
*(By) Deputy Clerk*

GAS Rev 10/1/03

169

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 4:02-cv-00182
Date Served: February 23, 2004
Served By: *[signature]*

Attorneys Served:

Patrick T. O'Connor, Esq. ⌐
Paul Hughes Threlkeld, Esq. ⌐
Louis S. Ederer, Esq. ⌐
Michael D. Pantalony, Esq. ⌐
Neil S. Goldstein, Esq. ⌐
Ira S. Sacks, Esq. ⌐
Glen M. Darbyshire, Esq. ⌐
Roy Robinson Kelly IV, Esq. ⌐

⌐ Copy placed in Minutes

⌐ Copy given to Judge

___ Copy given to Magistrate